WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Eliss Newsome,<br><br>                Plaintiff,<br><br>vs.<br><br>Arizona Department of Corrections, et al.,<br><br>                Defendants. | No. CV 13-1187-PHX-RCB (JFM)<br><br>**ORDER FOR PAYMENT**<br>**OF INMATE FILING FEE** |

**TO: THE WARDEN OF IDAHO STATE CORRECTIONAL INSTITUTION**

      Plaintiff Thomas Eliss Newsome, inmate #104312, who is confined in the Idaho State Correctional Institution, must pay the statutory filing fee of $350.00. Plaintiff is not assessed an initial partial filing fee. Plaintiff must pay the filing fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Warden or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

      (1) The Warden or his designee must collect the $350.00 filing fee from Plaintiff's trust account in monthly payments of 20% of the preceding month's income the account. Payments must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2)  The Warden or his designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the Idaho State Correctional Institution, so new billing arrangements may be made to collect any outstanding balance.

(3)  The Clerk of Court must serve by mail a copy of this Order on Warden Randy Blades, Idaho State Correctional Institution, P.O. Box 14, Boise, Idaho 83707.

(4)  The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona.  Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

DATED this 27th day of January, 2014.

_____
Robert C. Broomfield
Senior United States District Judge